# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID WAYNE SHOCK**                                                       **PLAINTIFF**

v.                  No. 4:18-CV-00032-JM-JTR

**NANCY A. BERRYHILL,**

**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner**
**of Social Security Administration**                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

DATED this 29th day of October, 2018.

                                        _____
                                        UNITED STATES DISTRICT JUDGE